IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-35 CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR."
a/k/a "TEDDY DIBIASE"

## NOTICE OF MAXIMUM PENALTY

Charges:

### COUNT 1:
**Conspiracy**
18 U.S.C. § 371

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

### COUNTS 2 - 7:
**Wire Fraud**
18 U.S.C. § 1343

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

### COUNTS 8-9:
**Theft Involving Programs Receiving Federal Funds**
18 U.S.C. § 666(a)(1)(A)

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment

### COUNTS 10 - 13:
Monetary Transactions in Excess of $10,000.00 with the Proceeds of Specified Unlawful Activity
18 U.S.C. § 1957

- Not more than Ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment