CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 18 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: Jackson, MS

COUNTY: Hinds

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:23cr35CWR-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: THEODORE M. DIBIASE, JR. a/k/a "TED DIBIASE, JR." a/k/a "TEDDY DIBIASE"

**U.S. ATTORNEY INFORMATION:**

AUSA  DAVID H. FULCHER   BAR # MS 70179

INTERPRETER:  X  NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 13  _____ PETTY _____ MISDEMEANOR  13  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC § 371 | Conspiracy | 1 |
| Set 2  18:1343.F | 18 USC § 1343 | Wire Fraud | 2 - 7 |
| Set 3  18:666.F | 18 USC § 666(a)(1)(A) | Theft Involving Programs Receiving Federal Funds | 8-9 |
| Set 4  18:1957.F | 18 USC §1957 | Monetary Transaction in Excess $10,000. with Proceeds of Specified Unlawful Activity | 10-13 |
| Set 5 | | | |

SIGNATURE OF AUSA: _/s/ David Fulcher_

Revised 9/22/2020