IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE"

## MOTION FOR LEAVE TO ALLOW CLERK TO DOCKET
## MOTION AND EXHIBIT UNDER RESTRICTED ACCESS

Comes now, the United States of America, by and through the U.S. Department of Justice, Criminal Division and the United States Attorney's Office for the Southern District of Mississippi, and respectfully asks this Court for leave to allow the Clerk of Court to docket the United States' Motion for Judicial Inquiry and the attached exhibit ("Motion") under restricted access.

The Motion contains detailed information concerning counsels' representation of the defendant in the instant matter as well as information about counsels' representation of former clients. While the Court considers the Motion, the government is requesting the Court's permission to file under restricted access to avoid any unnecessary prejudice to the parties named therein.

Wherefore, premises considered, the United States respectfully requests leave for the Clerk of the Court to docket the Motion under restricted access. The government has consulted with counsel for the defendant and has received no response.

Respectfully submitted this 9th day of October 2024.

Respectfully,

TODD W. GEE
United States Attorney
Southern District of Mississippi

By: /s/ David H. Fulcher
DAVID H. FULCHER
Assistant United States Attorney
501 East Court Street, Suite 4.430
(601) 965-4480
DFulcher@usdoj.gov
Bar No. 70179

BY: /s John Meynardie
JOHN A. MEYNARDIE
Assistant United States Attorney
1575 20th Avenue, 2d Floor
Gulfport, MS 39501
(228) 563-1560
Mississippi Bar No. 9912

MARGARET A. MOESER
Chief, Money Laundering and Asset
    Recovery Section
U.S. Department of Justice

BY: /s/ Adrienne E. Rosen
ADRIENNE E. ROSEN
Trial Attorney
Criminal Division, MLARS
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2690
Adrienne.Rosen@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
U.S. Department of Justice

BY: /s/ Della Sentilles
DELLA SENTILLES
Senior Litigation Counsel
Criminal Division, Fraud Section
Della.Sentilles@usdoj.gov
(202) 445-8793

**CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED October 9, 2024

<span style="margin-left: 3em"></span>*/s/ Adrienne E. Rosen*
<span style="margin-left: 3em"></span>Adrienne E. Rosen