AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23cr35-CWR-LGI |
| Theodore M. Dibiase, Jr | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   10/10/2024

s/ John A. Meynardie
*Attorney's signature*

John A. Meynardie, MS Bar # 9912
*Printed name and bar number*

1575 20th Avenue
Gulfport, MS  39501

*Address*

John.Meynardie@usdoj.gov
*E-mail address*

(228) 563-1560
*Telephone number*

(228) 563-1571
*FAX number*