IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                            **CRIMINAL NO. 3:23-CR-0035 CWR-LGI**

**THEODORE M. DIBIASE, JR.**

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL AND ALL RELATED DEADLINES

The United States submits this response to defendant's motion to continue the August 26, 2025, trial setting and related deadlines (the "Motion"). [ECF 51]. The United States is ready to proceed to trial on August 26. This case, in which the grand jury returned an indictment on April 18, 2023, cannot be continued indefinitely. On the other hand, although the United States disagrees with the Motion's characterization of certain events and discovery, the government has no way of independently evaluating defendant's claim that his counsel will be constitutionally ineffective without yet another continuance.

Without addressing every issue raised in the Motion, the government addresses some key points below:

- The government strongly disagrees with defendant's characterization of the videos produced in Production 6. First of all, defendant has not produced any written or published material related to his so-called "Law of 16" training or the seminar captured on video. Dibiase's co-conspirators pled guilty to charges that included the same or similar conduct set forth in the indictment of Dibiase despite participating in the same seminar captured on video. Defendant's mischaracterizations of that evidence do not,

however, support his argument that he cannot be constitutionally effective if trial were to begin on August 26.

- The most recent Bates number on the government's production is DOJ-TDJ-0006095993, meaning the government has produced slightly over 6 million pages or items (this includes videos, audio recordings, images, pdf documents, word documents, and more. The reference to "Google AI"'s calculation of 85 million pages of Word documents (Mot. at p. 5) is misleading, at best.

- Defense argues that "it took a team of 30 lawyers 11 weeks (2 months and 21 days) to review 462,872 documents – many of which were immediately facially irrelevant." (Mot. at ¶ 16). The government has openly communicated to the Court and opposing counsel throughout the pendency of this case to the volume and timing of discovery in light of the trial setting. For example, during the May 12, 2025 status conference, both the Court and the government invited commentary from defense counsel concerning the trial setting based on the mutual understanding that a small amount additional discovery would be provided by the government. Defense counsel did not seek a continuance at the May status conference, nor did counsel make the arguments now set forth in the Motion—most of which have not changed in the intervening six weeks.

- The government is aware of its continuing obligation to produce discovery – and will continue to do so up to and during trial, if required. It is important to note, however, that as of December 12, 2024—a full eight months before trial—defendant had received up to Bates number DOJ-TDJ-0006095765. It seems unlikely that the small amount of data in this last production is the reason for this request. Based on this timeline, however, it is hard to see how defendant will ever be ready for trial.

In light of the unfounded but serious claims that defense counsel has been unable to adequately prepare for trial, the government reluctantly does not oppose the motion to continue the trial setting. However, the government does request that the Court limit the continuance to approximately sixty days rather than delaying the trial another six months. [1]

Respectfully submitted, this the 3rd day of July, 2025.

PATRICK A. LEMON
Acting United States Attorney

| | |
|---|---|
| By: /s/ Dave Fulcher<br>David H. Fulcher, MSB No. 10179<br>Assistant United States Attorney<br>501 E. Court Street – Suite 4.430<br>Jackson, MS  39201<br>601-973-2824<br>dave.fulcher@usdoj.gov | Adrienne E. Rosen<br>U.S. Department of Justice<br>Criminal Division, MLARS<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 616-2690<br>Adrienne.Rosen@usdoj.gov |
| John A. Meynardie MSB No. 9912<br>Assistant United States Attorney<br>1575 20th Avenue, 2d Floor<br>Gulfport, MS 39501<br>(228) 563-1560<br>john.meynardie@usdoj.gov | Lyndie Freeman<br>U. S. Department of Justice<br>Criminal Fraud Section<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>202-616-5315<br>lyndie.freeman@usdoj.gov |

## CERTIFICATE OF SERVICE

I, DAVID H. FULCHER, Assistant U.S. Attorney, hereby certify that I have this date electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: July 3, 2025

/s/ Dave Fulcher
David H. Fulcher
*Assistant United States Attorney*

---

[1] Government counsel is unavailable October 6-17, as a member of the prosecution team is scheduled to be out of the country.