IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE

## **MOTION FOR ENTRY OF SCHEDULING ORDER**

Defendant Theodore M. DiBiase, Jr., by and through counsel, and files this Motion to for Entry of Scheduling Order in the above-styled and referenced cause, and in support of the motion, Defendant shows the following:

1. On July 7, 2025, the Court held a hearing on Defendant's motion to continue trial and all related deadlines. Dkt. #51 The Court granted the motion and set the trial for Tuesday, January 6, 2026, at 9:00 am.

2. Following the July 7, 2025 hearing, the parties have attempted to agree on a revised scheduling order.

3. On July 21, 2025, the United States provided a draft proposed scheduling order that set an October 31, 2025 deadline for dispositive motions, non-dispositive motions, and motions in limine, and a December 16, 2025 deadline to exchange proposed jury instructions, exhibit lists, and witness lists.

4. Defendant had no objections to the proposed dates but requested that the order include an expert designation deadline for both parties. Defendant proposed a September 30, 2025 deadline for the United States and October 15, 2025 deadline for the defense.

1

5.   The defense was clear that it would not be designating an expert to address what the United States has already disclosed in its first expert disclosure but – as the defense explained to the United States – the Defendant may need to designate at least one expert based on discovery that the defense is still in the process of reviewing. As explained in the July 7, 2025 hearing, defense counsel still has a significant number of documents that it has yet to see because of the scope and timing of the United States' document production. The United States would not agree to add an expert designation deadline to the new scheduling order.

6.   Because the defense is still in the process of reviewing discovery, it respectfully requests that the Court enter a scheduling order that conforms with the United States' proposed deadlines but includes new deadlines for both the defense and the United States to designate experts.

RESPECTFULLY SUBMITTED, this 31st day of July, 2025.

>WATKINS & EAGER PLLC
>
>THEODORE M. DIBIASE, JR., Defendant
>
>By:  /s/ J. Scott Gilbert
>     J. SCOTT GILBERT

OF COUNSEL:

J. Scott Gilbert (MS Bar #102123)
Sidney E. Lampton (MS Bar #105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:   601-965-1901
sgilbert@watkinseager.com
slampton@watkinseager.com