IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE

**REPLY IN SUPPORT OF**
**MOTION FOR ENTRY OF SCHEDULING ORDER**

Defendant Theodore M. DiBiase, Jr., by and through counsel, and files this Reply in Support of his Motion for Entry of Scheduling Order in the above-styled and referenced cause, and in support, Defendant shows the following:

1. On July 2, 2025, Defendant filed his "Motion to Continue Trial **and All Related Deadlines**" ("Motion"). [ECF No. 51] (emphasis added). The Motion clearly sought an extension of all deadlines as is typically done when a trial is reset.

2. On July 7, 2025, the Court held a hearing on the Motion. At the hearing, the government never raised the issue of any passed deadlines.

3. On July 8, 2025, the Court entered a text order resetting the trial to January 6, 2026.

4. The parties were unable to agree to a scheduling order because the government opposes the new order resetting all deadlines, including the deadline for both parties to designate an expert.

5. As set forth in the Motion for Entry of Scheduling Order [ECF No. 55], the defense is completing its review of discovery, including discovery that was produced after the first expert deadline. Therefore, the Defendant may need to designate an expert based on discovery that the defense is still reviewing.

1

6. The government has not alleged any prejudice it would experience if the court followed its normal procedure and resets all the docket control deadlines after the continuance.

7. The Defendant has good cause to request the Court to enter a scheduling order that includes new deadlines for both the defense and the government to designate experts. Defendant's request is not for delay but is in the interests of justice and fairness.

RESPECTFULLY SUBMITTED, this 18th day of August, 2025.

WATKINS & EAGER PLLC

THEODORE M. DIBIASE, JR., Defendant


By:  /s/ J. Scott Gilbert
     J. SCOTT GILBERT


OF COUNSEL:

J. Scott Gilbert (MS Bar #102123)
Sidney E. Lampton (MS Bar #105957)
WATKINS & EAGER PLLC
P. O. Box 650
Jackson, MS 39205-0650
Telephone:  601-965-1900
Facsimile:   601-965-1901
sgilbert@watkinseager.com
slampton@watkinseager.com