IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:23-CR-35 CWR-LGI

THEODORE M. DIBIASE, JR.

## REVISED SCHEDULING ORDER

This cause is before the Court following a hearing on Defendant's motion to continue held on July 7, 2025. The Court granted Defendant's motion to continue the trial, and set the trial for **Tuesday**, **January 6, 2026, at 9:00 am**. Following that hearing, the parties agreed to the revised deadlines adopted below. In addition to these revised deadlines, Defendant has requested an expert designation deadline for both parties. Docket No. 55. Having considered Defendant's request, the Court finds that a revised scheduling order is necessary to allow sufficient time for the Court to consider the respective motions of the parties, but reopening expert discovery is unnecessary. Defendant's request for new expert designation deadlines is denied, but Defendant's motion, Docket No. 55, is granted in all other respects.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. All dispositive and non-dispositive motions (other than motions in limine), shall be filed on or before **October 31, 2025**.

2. All motions in limine shall be filed on or before **October 31, 2025**.

3. Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be electronically submitted to the presiding judge's chambers email address with copies to opposing counsel by **5:00 pm on December 16, 2025**.

1) INSTRUCTIONS: Opposing counsel is to be furnished one copy of the jury instructions. These instructions should bear the instruction number ( e.g., "D-1" or "G-1 ") in the bottom right hand comer of the document and should not bear the style, number of the case, or which party submitted it. A list of authorities in support thereof should appear at the bottom of each instruction.

2) EXHIBIT LIST: Opposing counsel with one copy of the exhibit list. The exhibit list must reflect the style and number of case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits.

3) WITNESS LIST: Opposing counsel is to be furnished with one copy of the witness list.

All remaining deadlines set forth in the Trial Order and the Order Regarding Discovery shall remain unchanged.

SO ORDERED, this the 21st day of August, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE