IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00035-CWR-FKB

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE"

## NOTICE OF INTENT TO INTRODUCE
## SELF-AUTHENTICATING BUSINESS RECORDS

The United States, through its undersigned attorneys, hereby gives notice, pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence, of its intent to offer certain self-authenticating records into evidence at trial without live testimony of a records custodian. Pursuant to these rules, live testimony of a records custodian is not necessary to authenticate these records. Declarations of authentication, which have already been produced in discovery, are attached as Exhibits 1 through 7 of this notice and incorporated herein, for the following records:

| Ex. | Source | Records | Bates # |
|---|---|---|---|
| 1 | Regions Bank | xxx7729: Jan. 1, 2016 – Feb. 28, 2020 | DOJ-TDJ-0001602643 – DOJ-TDJ-0001610161 |
| 2 | Renasant Bank | xxx4599: Oct. 30, 2018 – March 31, 2020 | DOJ-TDJ-0001611931 – DOJ-TDJ-0001612207 |
| | | xxx7875: Nov. 30, 2018 – March 31, 2020 | DOJ-TDJ-0001612208 – DOJ-TDJ-0001612282 |
| | | xxx2066: Oct. 30, 2018 – March 31, 2020 | DOJ-TDJ-0001612283 – DOJ-TDJ-0001612333 |
| | | xxx8043: Oct. 30, 2018 – March 31, 2020 | DOJ-TDJ-0001612334 – DOJ-TDJ-0001612416 |

| 3 | BankPlus | xxx1532: Dec. 13, 2013 – Jan. 22, 2019 | DOJ-TDJ-0000036369 - DOJ-TDJ-0000037218 |
|---|---|---|---|
|   |   | xxx0778: June 8, 2017 – Jan. 17, 2019 | DOJ-TDJ-0000037313– DOJ-TDJ-0000037457 |
|   |   | xxx2604: Aug. 8, 2018 – Jan. 22, 2019 | DOJ-TDJ-0000037936 - DOJ-TDJ-0000037990 |
| 4 | Community Bank | xxx1405: Oct. 11, 2017 – Aug. 2, 2020 | DOJ-TDJ-0000043172 - DOJ-TDJ-0000043941 |
| 5 | Renasant Bank | xxx6946: Jan. 1, 2015 – Jan. 31, 2019 | DOJ-TDJ-0001627134 - DOJ-TDJ-0001628194 |
| 6 | Park Avenue Securities, LLC | xxx8359 June 8, 2018 – Aug. 31, 2020 | DOJ-TDJ-0001601796 – DOJ-TDJ-0001602067 |
| 7 | Community Bank | xxx5967: Apr. 6, 2018 – June 30, 2020 | DOJ-TDJ-0004177979 - DOJ-TDJ-0004178020 |

Rule 902(11) of the Federal Rules of Evidence provides that business records "are self-authenticating" and "require no extrinsic evidence of authenticity in order to be admitted" if the record to be submitted is an "original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court." The Rule further provides that "[b]efore the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them." *Id.*

The certifications and corresponding bank statements have all been provided to counsel for defendants. With a trial date of January 6, 2026, this notice unquestionably gives the defendant ample notice as provided by Rule 902(11). *See United States v. Daniels*, 723 F.3d 562, 581 (5th Cir. 2013) (five days' notice is sufficient under Rule 902(11)). Under the above-cited rules, live

testimony of a records custodian is therefore not necessary to authenticate these records. Proceeding with self-authentication at trial furthers the interests of judicial efficiency, as it avoids unnecessarily prolonging the trial with additional witnesses.

For the foregoing reasons, the United States submits that the bank records described in this notice are admissible pursuant to Rule 803(6), and they can properly be admitted into evidence as self-authenticating records without the need to call a custodian of records.

Respectfully submitted, this 29th day of August, 2025.

| | |
|---|---|
| PATRICK A. LEMON<br>Acting United States Attorney<br><br>By: /s/ Dave Fulcher<br>David H. Fulcher, MSB No. 10179<br>Assistant United States Attorney<br>501 E. Court Street – Suite 4.430<br>Jackson, MS 39201<br>601-973-2824<br>dave.fulcher@usdoj.gov<br><br>John A. Meynardie, MSB No. 9912<br>Assistant United States Attorney<br>1575 20th Avenue, 2d Floor<br>Gulfport, MS 39501<br>228-563-1560<br>john.meynardie @usdoj.gov | MARGARET A. MOESER<br>Chief, Money Laundering and Asset<br>   Recovery Section<br>U.S. Department of Justice, Criminal Division<br><br>By: /s/ Adrienne E. Rosen<br>Adrienne E. Rosen<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>202-230-0043<br>adrienne.rosen@usdoj.gov<br><br>LORINDA LARYEA,<br>Acting Chief, Fraud Section<br>U.S. Department of Justice, Criminal Division<br><br>By: Lyndie Freeman<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>202-616-5315<br>lyndie.freeman@usdoj.gov |