IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-0035-CWR-LGI

THEODORE M. DIBIASE, JR.
a/k/a "TED DIBIASE, JR." a/k/a
"TEDDY DIBIASE"

### GOVERNMENT'S MOTION FOR MISCELANEOUS RELIEF
### TO AUTHORIZE THE LIMITED DISCLOSURE OF SEALED PLEA DOCUMENTS

The United States seeks authorization from the Court for the limited disclosure to counsel for Defendant Dibiase of the sealed Plea Supplements of defendants who have entered guilty pleas in related cases. As is done routinely in the Southern District of Mississippi, the Plea Supplements were sealed by this Court pursuant to Local Uniform Criminal Rule 49.1(B)(2). To maintain the confidential nature of those documents consistent with the Local Uniform Criminal Rules and to preserve the integrity of the judicial process in the present case, the government will separately provide a list of names and criminal case numbers to the Court and to defense counsel which can be filed separately under seal in the Court's discretion as Exhibit A hereto. Counsel for the government will separately notify counsel for each defendant listed.

The United States further asks the Court to order that these documents should not be disclosed by defense counsel to anyone other than the defendant, should be used solely for the trial of this matter, and must be returned to the Government immediately after.

Respectfully submitted this 30th day of December 2025.

| | |
|---|---|
| BAXTER KRUGER<br>United States Attorney<br>Southern District of Mississippi<br><br>By: /s/ Dave Fulcher<br>David H. Fulcher, MSB No. 10179<br>Assistant United States Attorney | MARGARET A. MOESER<br>Chief, Money Laundering, Narcotics<br>    and Forfeiture Section<br>U.S. Department of Justice, Criminal Division<br><br>By: /s/ Adrienne E. Rosen<br>Adrienne E. Rosen |

| | |
|---|---|
| 501 E. Court Street, Suite 4.430<br>Jackson, MS 39201<br>Telephone No.: 601-973-2824<br>Email: dave.fulcher@usdoj.gov | 1400 New York Avenue, NW<br>Washington, DC 20005<br>Telephone No.: 202-230-0043<br>Email: adrienne.rosen@usdoj.gov |
| John A. Meynardie, MSB No. 9912<br>Assistant United States Attorney<br>1575 20th Avenue, 2d Floor<br>Gulfport, Mississippi 39501<br>Telephone No.: 228-563-1560<br>John.Meynardie@usdoj.gov | LORINDA I. LARYEA,<br>Acting Chief, Fraud Section<br>U.S. Department of Justice, Criminal Division<br><br>By: /s/ *Paul A. Hayden*<br>Paul A. Hayden<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>Telephone No.: 202-353-9370<br>Email: paul.hayden2@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system to all ECF participant(s) of record.

Dated: December 30, 2025

/s/ *David H. Fulcher*
DAVID H. FULCHER
Assistant United States Attorney