## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) and 803(6)

I, *Melanie Bryant*, attest, under penalties of perjury under the laws of the

United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this

declaration is true and correct. I am employed by *Self / MBI* and my official

title is, *Owner*. By reason of my position, I am authorized and qualified

to make this declaration. I state that each of the records referenced hereto is the original record

or a true duplicate of the original record in the custody of *Melanie Bryant* and

that I am the custodian of the referenced records and qualified to testify regarding these

documents.

I further state that:

a. all records listed in this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity;

c. such records were made by the regularly conducted activity as a regular practice; and

d. if such record is not the original, such record is a duplicate of the original.

I further state that this certification is intended to satisfy Rules 902(11) and 803(6) of the

Federal Rules of Evidence.

*[signature]*
Signature

*Melanie Bryant*
Printed Name

*12-15-25*
Date

DOJ-TDJ-0006100242