IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                  *Plaintiff,*

v.

THEODORE M. DIBIASE, JR.,

                  *Defendant.*

CAUSE NO. 3:23-CR-35-CWR-LGI

### ORDER

On January 2, 2026, the Friday before the Tuesday trial date set in this action, the Government provided Defendant with an amended "Appendix C" to the Government's expert's report. Defendant moved to strike the amendment as untimely. Docket No. 88. The Court held a hearing on this motion on January 13, 2026. For the reasons discussed at the hearing and those that follow, Defendant's motion is granted.

The Government's expert disclosure deadline in this case was June 20, 2025. *See* Docket No. 46. The Government produced an expert report along with appendices on that date. "Appendix C" is a spreadsheet summarizing activity for eleven bank accounts over a span of almost three years. The amendment to "Appendix C," produced over six months after the disclosure deadline, contains changes to data in at least four of those accounts. The Government has not identified any new material or additional evidence it uncovered that precipitated the changes it made.

The Government identified the changes it made, *i.e.*, it informed Defendant of the differences between the original "Appendix C" and the amended "Appendix C." Some of the data within the appendix appears to depend on data entered elsewhere in the appendix, as

1

the Government was unaware of at least one unintended change, until the hearing on this motion. There may be other unintended changes within the amended "Appendix C" that remain yet undiscovered.

Finally, the Government indicated at the hearing that the changes made to "Appendix C" will not impact its ability to prove the elements of the counts brought against Defendant.

The Defendant's motion is therefore granted. The amended "Appendix C" is stricken. The Government will be allowed to proceed with the original version of "Appendix C" that it timely produced in this case.

**SO ORDERED**, this the 14th day of January 2026.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE